# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| WILLIAM HENRY PITTMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 12-00667-CB-M |
| LUTHER STRANGE, in his official capacity as Attorney General of the State of Alabama, and JOHN RICHARDSON, in his official capacity as Acting Director of the Alabama Department of Public Safety, | ) ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) ) | |

## FINAL JUDGMENT

Pursuant to separate order entered this date granting Defendants' motion for summary judgment or, in the alternative, judgment on the pleadings, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that judgment be entered in favor of the Defendants, Luther Strange, in his official capacity as Attorney General of the Sate of Alabama, and John Richardson, in his official capacity as Acting Director of the Alabama Department of Public Safety, and that the Plaintiff, William Henry Pittman, recover nothing.

**DONE** this the 22nd day of September, 2014.

                                            **s/***Charles R. Butler, Jr.*
                                            **Senior United States District Judge**